No. 85–7224.   PICCIANDRA *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 85–7226.   WEINBERGER *v.* RISLEY, WARDEN, ET AL. C. A. 9th Cir.   Certiorari denied.

No. 85–7227.   LOWE *v.* MASSACHUSETTS.   C. A. 1st Cir. Certiorari denied.

No. 85–7228.   BRADBURN *v.* McCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 85–7229.   KOSTER *v.* UNION CARBIDE CORP.   C. A. 2d Cir.   Certiorari denied.

No. 85–7231.   REIGH ET AL. *v.* SCHLEIGH ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–7233.   JONES *v.* NEWCOMER.   C. A. 3d Cir.   Certiorari denied.

No. 85–7234.   HALL *v.* WHITE, WARDEN.   C. A. 11th Cir. Certiorari denied.

No. 85–7235.   FLUKE *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–7237.   ODONER *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 85–7238.   ABRAHAM *v.* MYERS.   C. A. 2d Cir.   Certiorari denied.

No. 85–7239.   BROWN *v.* COLORADO.   Sup. Ct. Colo.   Certiorari denied.

No. 86–1.   SUBURBAN O'HARE COMMISSION ET AL. *v.* DOLE, SECRETARY OF TRANSPORTATION, ET AL. (two cases).   C. A. 7th Cir.   Certiorari denied.

No. 86–4.   CANTU ET AL. *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 86–5.   ALLUSTIARTE ET AL. *v.* COOPER, TRUSTEE.   C. A. 9th Cir.   Certiorari denied.